WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

AUTOCAM CORPORATION, et al.

        Plaintiff(s),

Case No. 1:12-cv-01096

v.

Hon. Robert J. Jonker

KATHLEEN SEBELIUS, et al.

        Defendant(s).
_____/

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Autocam Medical, LLC** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? [ ] Yes [✓] No

2. Does party have any parent corporations? [✓] Yes [ ] No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Autocam Medical Device Holdings, LLC is the parent company of party Autocam Medical, LLC (full name Autocam Medical Devices, LLC)

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? [ ] Yes [✓] No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? [ ] Yes [✓] No
   If yes, identify entity and nature of interest:

Date: 10/9/2012

/s/ Jason C. Miller
(Signature)
Jason C. Miller (P#76236)
MILLER JOHNSON
Attorneys for Plaintiffs
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, Michigan 49503
(616) 831-1700  millerj@millerjohnson.com